# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2020

157897 & (13)(18)(25)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JOHNNY FELIX HAILEY,
   Defendant-Appellant.

SC: 157897
COA: 342283
Wayne CC: 84-478796

_____/

   By order of October 3, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the April 17, 2018 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court for an evidentiary hearing pursuant to *People v Ginther*, 390 Mich 436 (1973), and reconsideration of the defendant's motion for relief from judgment. We further ORDER the trial court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint counsel to represent the defendant at the evidentiary hearing. The motion to extend time for filing a reply is GRANTED. The motions to remand and for miscellaneous relief are DENIED in all other respects.

   We do not retain jurisdiction.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2020



Clerk

p0408